IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JIMMY MORALES :
:
v. : CIVIL ACTION NO. 17-1796
:
NANCY A. BERRYHILL, :
Acting Commissioner of Social Security :

## ORDER

AND NOW, this 19th day of June, 2018, upon careful and independent consideration of the administrative record, the Brief and Statement of Issues in Support of Request for Review filed by Plaintiff, Defendant's response, and Plaintiff's reply thereto (Doc. Nos. 9, 12 & 13), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED** and the decision of the Commissioner is **AFFIRMED**; and

3. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Joel Slomsky_
JOEL H. SLOMSKY, J.